**FRONT ROW TECHNOLOGIES LLC, Plaintiff-Appellant**

v.

**MLB ADVANCED MEDIA, L.P., NBA Media Ventures, Mercury Radio Arts, Inc., DBA Glenn Beck Program, Inc., GBTV, LLC, Premiere Radio Networks Inc., Turner Sports Interactive, Inc., Turner Digital Basketball Services, Inc., Defendants-Appellees**

2016-2604

United States Court of Appeals, Federal Circuit.

September 18, 2017

MICHAEL W. SHORE, Shore Chan DePumpo LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by ALFONSO CHAN, RUSSELL J. DEPALMA, CHRISTOPHER LIIMATAINEN EVANS, ARI RAFILSON.

DAVID B. WEAVER, Baker Botts, LLP, Austin, TX, argued for all defendants-appellees. Defendants-appellees NBA Media Ventures, Turner Sports Interactive, Inc., Turner Digital Basketball Services, Inc. also represented by JEFFREY TA-HWA HAN, Vinson & Elkins LLP, Austin, TX; HILARY L. PRESTON, New York, NY.

ALAN ERNST LITTMANN, Goldman Ismail Tomaselli Brennan & Baum, LLP, Chicago, IL, for defendants-appellees MLB Advanced Media, L.P., Mercury Radio Arts, Inc., GBTV, LLC, Premiere Radio Networks Inc. Defendants-appellees Mercury Radio Arts, Inc., GBTV, LLC, Premiere Radio Networks Inc. also represented by ELEANOR M. LACKMAN, Cowan, DeBaets, Abrahams & Sheppard LLP, New York, NY.

(Newman, Dyk, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**